**Gene Allen HERROLD, Petitioner–Appellant,**

v.

**J.E. GUNJA, Warden, Respondent–Appellee.**

No. 01–7462.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 26, 2001.

Decided Dec. 12, 2001.

Gene Allen Herrold, pro se.

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Gene Allen Herrold appeals the district court's order and order on reconsideration denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Herrold v. Gunja,* No. CA–01–1560–WMN (D. Md. filed June 1, 2001, entered June 4, 2001; filed July 25, 2001, entered July 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*